Jay YUNIK, Appellant

v.

John E. WETZEL, Department of
Corrections, Employee's,
Appellees.

Supreme Court of Pennsylvania.

June 3, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of June, 2015, the Notice of Appeal is hereby **QUASHED.**